■ FLORENCE M. McCALL, as Executrix of THOMAS H. McCALL, Deceased, Appellant, v. THOMAS F. RYAN, Doing Business as BAY RIDGE HOFBRAU, Respondent.— In an action to recover damages for personal injuries sustained by the decedent and for his wrongful death, plaintiff appeals from so much of an order of the Supreme Court, Kings County, dated February 16, 1962, as granted defendant's motion to vacate a default judgment against him in favor of plaintiff, and permitted defendant to serve an answer. Order, insofar as appealed from, affirmed, without costs. No opinion. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ NATIONAL GRANGE MUTUAL INSURANCE COMPANY, Appellant, v. PEARLY MALONE, Respondent, et al., Defendant.— In an action for a declaratory judgment to determine whether, under an automobile liability insurance policy issued to defendant Pearly Malone by the plaintiff insurer, it properly disclaimed liability with respect to a collision involving said insured and her codefendant Miles, the plaintiff insurer appeals from two orders of the Supreme Court, Kings County, dated April 3, 1962. One order denied its motion: (a) to strike out as patently insufficient the insured's counterclaim to declare plaintiff obligated to defend a negligence action instituted against her by the said Miles (Rules Civ. Prac., rule 109, subds. 5, 6); and (b) for judgment on the pleadings (Rules Civ. Prac., rule 112). The other order denied its motion for summary judgment (Rules Civ. Prac., rule 113). Orders affirmed, with one bill of $10 costs and disbursements. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur. [33 Misc 2d 378.]

■ NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents, v. LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, et al., Appellants, et al., Defendant.— In an action by 10 railroads to declare a statute (Railroad Law, §§ 54-a, 54-b, 54-c) unconstitutional and to enjoin its enforcement, two of the defendants, the Attorney-General and the Public Service Commission of the State of New York, appeal from an order of the Supreme Court, Westchester County, dated April 5, 1962, which denied their motion for a change of venue from Westchester County to Albany County. Order affirmed, with $10 costs and disbursements. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.